**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

TARIQ WYATT,                                  :

     **Plaintiff**                             :   **CIV. ACTION NO. 1:23-CV-1457**

     v.                                        :        **(JUDGE MANNION)**

C.O. WEST, *et al.*,                          :

     **Defendants**                            :

## O R D E R

In accordance with the memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT**:

1.  Defendants' motion to partially dismiss the complaint (Doc. 14) is **GRANTED**.

2.  Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** except to the extent that it asserts a due process claim against defendant Wiederhold.

3.  Within thirty (30) days of the date of this order, plaintiff may file an amended complaint.

4.  Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

5.  The Clerk of Court is directed to mail plaintiff a civil rights complaint form with this order.

6.    If plaintiff fails to file an amended complaint by the above deadline, his original complaint will remain the operative pleading in this case, the case will proceed solely with respect to his due process claim against defendant Wiederhold, and all other claims and defendants will be dismissed with prejudice.


Malachy E. Mannion
United States District Judge

Dated: 5/20/26
23-1457-02-order